AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR 27 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America<br>v.<br>Salvador Leos (Y.O.B. 1979)<br>Citizenship: United States<br><br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. M-18-0648-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 26, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g) Felon in Possession of Ammunition | 18 USC 922(g)- it shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce any firearm of ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*approved by*

Sworn to before me and signed in my presence.

Date: __03/26/2018  8:45 am__

City and state: __McAllen, Texas__

*Complainant's signature*

Jose A. Alvarado, HSI TFO
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

Attachment "A"

On March 26, 2018, Homeland Security Investigations (HSI), McAllen, Texas, received information concerning a suspected alien caretaker, SALVADOR LEOS, who was in possession of a firearm.

On March 26, 2018, approximately 5:00p.m. law enforcement conducting surveillance at the suspected stash house in McAllen, Texas, observed a white four door sedan exit the stash house. A traffic stop was conducted. The driver was identified as LEOS. He gave agents consent to search the residence in McAllen, Texas. A search of the residence revealed a firearm and multiple Winchester .410 gauge shot gun shells.

LEOS was then interviewed at the McAllen Centralized Processing Center, at which time he was read and understood his Miranda Rights and was willing to give a statement without the presence of an attorney. LEOS stated that approximately two days prior, a friend gave him the firearm. LEOS stated that he had the ammunition which was found on top of the refrigerator. LEOS claimed he kept it there for quicker access if ever needed.

LEOS has a felony conviction. He was convicted in 2014 in the Southern District of Texas, McAllen Division, of Conspiracy to transport aliens in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), a crime punishable by a term exceeding one year.

On March 26, 2018, your affiant spoke with a recognized expert in the interstate and foreign commerce travel of firearms and ammunition. Based on the information provided about the Winchester .410 gauge shot gun shells ammunition possessed by LEOS, it is believed that the ammunition was manufactured outside of the State of Texas and therefore, previously traveled in interstate or foreign commerce at some time prior to being possessed by any person in the State of Texas."